# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Courtney Heeren
                      Plaintiff,

v.                                                  Case No.: 1:23−cv−06424
                                                  Honorable Steven C. Seeger

Madison Reed, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of dismissal with prejudice (Dckt. No. [22]), which is self−effectuating under Rule 41(a)(1)(A)(2). Plaintiff Heeren's claims are dismissed with prejudice. The claims of any unnamed members of the putative class are dismissed without prejudice. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.